452 A.2d 40

Commonwealth v. Murphy, Appellant.

Petition for Allowance of Appeal Denied Feb. 23, 1983.

Submitted November 10, 1981. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

452 A.2d 40

Commonwealth v. Rivera, Appellant.

Submitted November 17, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Lancaster County Common Pleas Court Judge Paul A. Mueller, Jr. is affirmed.